UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-26-09
```

AHMED ABDALLAH REZK,

    Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE,

    Respondent.

**ORDER OF DISMISSAL**

No. 08 Civ. 8028 (LBS)

SAND, J.

    Mr. Rezk applied for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition challenged the conditions of Mr. Rezk's supervision by the United States Immigration and Customs Enforcement ("ICE"). In its letter dated August 13, 2009, the U.S. Attorney's Office for the Southern District of New York informed the Court that Mr. Rezk was removed to Egypt on July 29, 2009. As Mr. Rezk is no longer in ICE custody, and because release from supervision is the only relief Petitioner sought in his habeas petition, his challenges are now moot. Consequently, as the Court cannot grant Mr. Rezk any further relief, we dismiss his habeas petition as moot. The Clerk of the Court is ordered to mark this case as closed.

**SO ORDERED.**

Dated: August 25, 2009
New York, NY

_____
U.S.D.J.
Part I

COPIES MAILED TO ALL PARTIES